NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

BLAKE CLINTON TALMAN,                    )
                                         )
            Appellant,                   )
                                         )
v.                                       )       Case No.  2D17-3110
                                         )
STATE OF FLORIDA,                        )
                                         )
            Appellee.                    )
_____)

Opinion filed March 1, 2019.

Appeal from the Circuit Court for Sarasota
County; Charles E. Roberts, Judge.

Michael Ufferman of Michael Ufferman
Law Firm, P.A., Tallahassee, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and David Campbell,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.

            Affirmed.




SILBERMAN, SALARIO, and BADALAMENTI, JJ., Concur.